# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNDER CONSTRUCTION SITE, INC., a California Corporation dba UNDER CONSTRUCTION, INC.; UNDER CONSTRUCTION SITE, INC., a California Corporation dba UNDER CONSTRUCTION; UNDER CONSTRUCTION, INC., a business entity form unknown; UNDER CONSTRUCTION, INC. a business entity form unknown dba UNDER CONSTRUCTION; UNDER CONSTRUCTION, a sole proprietorship; RAFAEL MOYAL, an individual, OMNINET SAVONA, LLC, a Delaware Limited Liability Company; JOANN GOTTLIEB, an individual,<br><br>Defendants. | Case No. 2:22-cv-00939-SPG-MAAx<br><br>**JUDGMENT**<br><br>Complaint filed: February 10, 2022<br>Trial Date:      July 25, 2023 |

Having considered the stipulation of the Parties and in consideration of the Order of the Court dated July 11, 2022 in which defendant Joann Gottlieb ("GOTTLIEB") agreed to be bound by any judgment as may be entered herein; and

**WHEREAS** on February 10, 2022 plaintiff Kinsale Insurance Company ("KINSALE") filed its Complaint for Declaratory Relief in this matter; and

**WHEREAS** defendants Under Construction Site, Inc. dba Under Construction ("UNDER CONSTRUCTION"), Rafael Moyal ("MOYAL") and Omninet Savona, LLC ("OMNINET") (collectively the "UC PARTIES") have demonstrated to the satisfaction of the Court that they have considered the coverage position taken by KINSALE and have agreed that KINSALE may have judgment in its favor in the within action in exchange for a waiver of KINSALE's right to reimbursement for attorney's fees and costs incurred in defense of a lawsuit styled *Gottlieb v. Under Construction et al*., Los Angeles County Superior Court Case No. 21SMCV01823 (the "*Gottlieb* Action") and other good and valuable consideration; and

**WHEREAS** KINSALE's waiver of the right to reimbursement is contingent upon the UC PARTIES' assumption of the defense of the *Gottlieb* Action; and

**WHEREAS** upon entry of judgment in KINSALE's favor, the UC PARTIES have expressly agreed to either retain previously appointed defense counsel Darren Ebner, Esq. of Springel & Fink, LLP to defend the *Gottlieb* Action on their behalf, or to retain their own counsel and sign a substitution of attorney form effective as of the tenth (10th) day after entry of this Judgment, such that KINSALE shall have no responsibility for such fees and costs from the tenth (10th) day after entry of this Judgment onward; and

**WHEREAS** as part of the resolution of this mater, the UC PARTIES expressly waive the right to appeal any Judgment entered pursuant to this Stipulation; and

**WHEREAS** on July 6th, 2022 KINSALE and defendant Joann Gottlieb ("GOTTLIEB") filed a Stipulation and Order [ECF 45] whereby KINSALE agreed to dismiss GOTTLIEB from the within action without prejudice in exchange for an agreement by GOTTLIEB to be bound by any judgment that may be entered against UNDER CONSTRUCTION and OMNINET; and

**WHEREAS** on July 11, 2022, the Court issued an Order dismissing GOTTLIEB from the within action contingent on GOTTLIEB's agreement to be bound by any judgment that may be entered against UNDER CONSTRUCTION and OMNINET [ECF 46];

**IT IS HEREBY ADJUDGED AND DECREED as follows**

1. Plaintiff Kinsale shall have judgment on the First, Second, Third, and Fourth Claim for Relief in the Complaint [ECF 1] against the UC PARTIES, to the effect that KINSALE never had a duty to defend the *Gottlieb* Action and never had a duty to indemnify the UC PARTIES for the claims alleged in the *Gottlieb* Action; and

2. The Fifth Claim for Relief for Reimbursement of the Complaint is dismissed with prejudice as to all defendants, in consideration of the UC PARTIES assumption of their own defense in the *Gottlieb* Action. The UC PARTIES shall, within ten (10) days of entry of this Judgment, either execute a written retainer agreement with existing defense counsel Darren Ebner, Esq. of Springel & Fink, LLP or execute and file a substitution of attorney form substituting Springel & Fink out of the case and inserting counsel of the UC PARTIES' choice. KINSALE shall have no obligation to pay any attorney's fees and costs in defense of the *Gottlieb* Action on and

after the tenth (10th) day after entry of this Judgment, regardless of whether the UC PARTIES assume their own defense or not; and

      3.     Pursuant to the Court's July 11, 2022 Order, this Judgment shall be binding upon GOTTLIEB; and

      4.     The Complaint is dismissed without prejudice as to UNDER CONSTRUCTION SITE, INC., a California Corporation dba UNDER CONSTRUCTION, INC.; UNDER CONSTRUCTION, INC., a business entity form unknown; UNDER CONSTRUCTION, INC. a business entity form unknown dba UNDER CONSTRUCTION; and UNDER CONSTRUCTION a sole proprietorship; and

      5.     Neither the UC PARTIES nor GOTTLIEB shall take anything by way of this Judgment; and

      6.     As between the UC PARTIES and KINSALE, each of the Parties has expressly waived any right to recover attorney's fees or costs from the other, whether as a "prevailing party" or otherwise.  Accordingly, each of the Parties shall bear its own attorney's fees and costs.

DATED:     November 14, 2022     _____
                                                     HON. SHERILYN PEACE GARNETT
                                                     UNITED STATES DISTRICT JUDGE